IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN MATTHEW KENNEDY,

      Appellant,

v.

      Case No.  5D21-2228
      LT Case No. 55-2019-CF-000610

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Robert David Malove, of The Law
Office of Robert David Malove, P.A.,
Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.